IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO.: 7:12-CR-14-BO-1

| | |
|---|---|
| **United States of America,**   ) | |
| ) | |
| ) | |
| v.   ) | **REASSIGNMENT ORDER** |
| ) | |
| **David Tyrone Murrell**   ) | |

At the direction of the Court and for the continued efficient administration of justice, the above captioned case is hereby reassigned to the Honorable James C. Dever III, Chief U.S. District Judge to conduct all proceedings in this matter. All future pleadings should reflect the revised case number **7:12-CR-14-D-1.**

SO ORDERED. This the 19th day of December 2013.

*/s/ Julie A. Richards*
Clerk of Court