IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CR-14-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DAVID TYRONE MURRELL, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant David Tyrone Murrell's motion for a sentence reduction [D.E. 142]. The response is due not later than May 20, 2022.

SO ORDERED. This 22 day of April, 2022.

JAMES C. DEVER III
United States District Judge